154 A.3d 705

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. TIMOTHY J. MILLER, DEFENDANT–PETITIONER.

October 28, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–001501–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

154 A.3d 705

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. GREGORY EADY, DEFENDANT-PETITIONER.

October 28, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–005307–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.